[No. 33566-2-II. Division Two. March 31, 2009.]

NAOMI E. ANDREWS-JACKSON, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-02347-2, Gary R. Tabor, J., entered July 8, 2005. *Remanded* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Armstrong, J.

[Nos. 35269-9-II; 35792-5-II; Division Two. March 31, 2009.]
35799-2-II.

THE STATE OF WASHINGTON, *Respondent*, v. BENJAMIN S. ASAELI ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 04-1-05087-3, Katherine M. Stolz, J., entered August 25, 2006. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Hunt, JJ. Now published at 150 Wn. App. 543.

[No. 36241-4-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD DWAYNE ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02460-7, Frederick W. Fleming, J., entered April 20, 2007. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 36249-0-II. Division Two. March 31, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. HOZIE LEE HOLLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-00050-3, Ronald E. Culpepper, J., entered April 20, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.